# ELECTRONIC RECORD

COA # 11-15-00076-CR     OFFENSE: 49.08

STYLE: **Gilbert Reyes Morelos v. The State of Texas**     COUNTY: Knox

COA DISPOSITION: DISMISSED     TRIAL COURT: 50th District Court

DATE: 4/23/15     Publish: NO     TC CASE #: 3962

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Gilbert Reyes Morelos v. The State of Texas**

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _10/07/2015_

JUDGE: _Per Curiam_

CCA #: **PD-0588-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**